```
                   UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

AGUSTIN AVILA,

                Petitioner,

-vs-                                   Case No. 2:06-cv-651-FtM-29DNF
                                            Case No. 2:04-cr-57-FTM-29DNF

UNITED STATES OF AMERICA,

                Respondent.
_____

## OPINION AND ORDER

This matter comes before the Court on Petitioner's Application for a Certificate of Appealability (Doc. #16), filed on July 17, 2008, in conjunction with a Notice of Appeal (Doc. #15), filed on July 17, 2008, and dated July 12, 2008.

Under 28 U.S.C. § 2253(c)(1), an appeal cannot be taken from a final order in a habeas proceeding unless a certificate of appealability issues. The decision to issue a certificate of appealability requires "an overview of the claims in the habeas petition and a general assessment of their merits." Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). Specifically, where a district court has rejected a prisoner's constitutional claims on the merits, the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. See Slack v. McDaniel, 529 U.S. 473, 484 (2000); Peoples v. Haley, 227 F.3d 1342 (11th Cir. 2000). When the district court has rejected a claim on procedural grounds, the

petitioner must show that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.  Slack, 529 U.S. at 484; Franklin v. Hightower, 215 F.3d 1196, 1199 (11th Cir. 2000) (per curiam), cert. denied, 121 S. Ct. 1738 (2001).  "This threshold inquiry does not require full consideration of the factual or legal bases adduced in support of the claims."  Miller-El v. Cockrell, 537 U.S. at 336.

On May 30, 2008, the Court entered an Opinion and Order (Doc. #13) denying petitioner's Motion Pursuant to 28 U.S.C. § 2255 (Doc. #1) on a combination of procedural grounds and on the merits.  Judgment (Doc. #14) was entered on June 2, 2008.  Upon review, the Court finds that petitioner has failed to show that jurists of reason would find the Court's assessment of the constitutional claim debatable or wrong or that the Court was incorrect in its procedural ruling.  Therefore, the certificate of appealability will be denied.

Accordingly, it is now

**ORDERED**:

Petitioner's Application for a Certificate of Appealability (Doc. #16) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this ___18th___ day of July, 2008.

*/s/ John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
All Parties of Record

United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303